1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

ADT SERVICES AG, a Swiss
corporation and ADT SECURITY
SERVICES, INC., a Delaware
corporation,

CASE NO. 10-CV-1812-H (WVG)

**PRELIMINARY INJUNCTION
ORDER**

12
13

Plaintiff,

14

vs.

15

Michael Hilwey,

16

Defendant.

17
18
19
20
21
22

On August 31, 2010, Plaintiffs ADT Services AG and ADT Security Services, Inc. ("ADT") filed a complaint against Defendant Michael Hilwey.  (Doc. No. 1.)  On September 1, 2010, Plaintiffs filed a motion for preliminary injunction.  (Doc. No. 7.)  On November 8, 2010, the Court granted Plaintiffs' motion for preliminary injunction in a memorandum decision. (Doc. No. 18.)   Accordingly, based on the factual determination to support the issuance of a preliminary injunction, the Court issues the following:

23

**IT IS ORDERED** that a Preliminary Injunction is issued as follows:

24
25
26

(1)     Defendant is restrained from misinforming ADT customers that they need to switch their security monitoring accounts to Security One because it is taking over the technical support service for ADT's customer accounts;

27
28

(2)     Defendant is restrained from falsely stating that Security One has bought out ADT and Security One is its successor;

10cv1812

(3)     Defendant is restrained from making any false or misleading statements about ADT concerning the relationship between ADT and Security One or the status of ADT.

(4)     Defendant is restrained from making in person sales calls to any home or business that has visible ADT signage and from making follow up phone calls to those residences or businesses.  Defendant is also restrained from making telephonic sales calls to any home or business known or believed to Defendant to be an ADT customer.

(5)     The Court concludes that no bond is necessary at this time.

**IT IS SO ORDERED.**

DATED: November 9, 2010

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 2 -