1
2
3
4
5
6
7

8               **UNITED STATES DISTRICT COURT**

9               **SOUTHERN DISTRICT OF CALIFORNIA**

10

| ADT SERVICES AG, a Swiss corporation; and ADT SECURITY SERVICES, INC., a Delaware corporation,<br><br>               PLAINTIFFS,<br>       vs.<br><br>MICHAEL HILWEY, an individual,<br><br>               DEFENDANT. | Case No. 10 CV 1812 H WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
|---|---|

**10CV1812**

After considering the Joint Motion and stipulation to dismiss filed by the parties, the Court, for good cause shown, GRANTS the parties' joint motion to dismiss with prejudice.

The parties' motion indicates that the parties agree that Magistrate Judge William V. Gallow will retain jurisdiction over the settlement agreement entered into by and between the parties to this action, including, but not limited to, interpretation and enforcement of the settlement agreement.  According to the parties' joint motion, the Honorable William V. Gallo will retain such jurisdiction for a period of five (5) years. This time period starts on the date of dismissal of this action.  The Court, for good cause shown, GRANTS the parties' joint motion to dismiss with prejudice.

**IT IS SO ORDERED.**

DATED:  November 30, 2011

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT